*K. Bowden* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 218.

No. 276. MIKE HODOROWICZ *v.* UNITED STATES; and

No. 277. DOWAIT *v.* SAME. October 9, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George K. Bowden* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 220.

No. 278. PENNSYLVANIA RAILROAD CO. *v.* SELWAY, ADMINISTRATRIX. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Ray Rood Allen* and *Frederic D. McKenney* for petitioner. *Mr. Simone N. Gazan* for respondent.

No. 279. SCHENCK EX REL. CHU GUAY OI *v.* WARD, U. S. COMMISSIONER OF IMMIGRATION. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John W. Schenck* for petitioner. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for respondent.

No. 280. WOODS *v.* RAINS ET UX. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Ap-